VALENTINO et al. v. SCHANTZ et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Pasquale Valentino and another against Philip Schantz and another. No opinion. Motion granted, on payment of $10 costs.

In re VAN DOREN et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the judicial settlement of the account of Charles L. Van Doren and Edward L. Merritt, as substituted trustees, etc. No opinion. Motion to dismiss appeal (from 77 Misc. Rep. 44, 137 N. Y. Supp. 420) granted, without costs.

VAN SLOCHEM v. ASHFORTH et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Herman Van Slochem against Edward Ashforth and others. No opinion. Motion granted; question certified, as stated in order. Order filed.

VAN SLOCHEM v. VILLARD. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Herman Van Slochem against Harold G. Villard. No opinion. Motion granted; question certified, as stated in order. Order filed.

VAN SUETENDAEL, Appellant, v. SCRIPTURE et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Arthur J. Van Suetendael against Albert P. Scripture and another. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.

VAN TUYL v. SCHARMANN et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by George C. Van Tuyl, as Superintendent of Banks, etc., against August C. Scharmann and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 137 N. Y. Supp. 1147) granted, and questions certified.

VEEDER, Respondent, v. CLOSSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by George A. Veeder against Eugene A. Closson. No opinion. Judgment and order unanimously affirmed, with costs.

VERLENDEN BROS., Inc., Respondent, v. TALCOTT, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Verlenden Bros., Incorporated, against James Talcott. E. W. Harris, of New York City, for appellant. M. J. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VIBBARD, Respondent, v. KINSER CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Dora Vibbard, as executrix, etc., against the Kinser Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 138 N. Y. Supp. 1147.

VIBBARD v. KINSER CONST. CO. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Dora Vibbard, as executrix, etc., against the Kinser Construction Company. No opinion. Motion granted. See, also, 147 App. Div. 343, 131 N. Y. Supp. 717.

WAGNER v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Carrie Wagner against the International Railway Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

WALDT, Appellant, v. GOODWIN MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Ralph Waldt against the Goodwin Manufacturing Company. M. Monfried, of New York City, for appellant. A. B. Unger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

WALLACE, Respondent, v. VILLAGE OF CANANDAIGUA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by John Henry Wallace against the Village of Canandaigua.

PER CURIAM. Judgment and order (117 N. Y. Supp. 912) reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish that the defendant maintained a nuisance.

FOOTE, J., dissents. ROBSON, J., not sitting.

WARNER AUTOMOBILE CO., Appellant, v. EDWARDS, Respondent. (Supreme Court, Appellate Division, Fourth Department, No-